Michael McManigal, by Cecil McManigal, His Mother
and Next Friend, Cecil McManigal, Appellees, v.
Chicago Motor Coach Company, Appellant.

Gen. No. 47,271.

First District, First Division.
June 9, 1958.
Rehearing denied July 1, 1958.
Released for publication July 18, 1958.

Judgment in favor of Michael Mc-
Manigal will be affirmed upon filing of remittitur. Michael A.
Gerrard, for appellant; Delmar J. Hill, for appellees. Opinion
PER CURIAM. Not to be published in full.